998

Errol McDonald, Appellant, v Edelman & Edelman, P.C., et al., Respondents.

Submitted May 5, 2014; decided June 12, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

James L. Melcher, Appellant, v Greenberg Traurig, LLP, et al., Respondents.

Submitted May 5, 2014; decided June 12, 2014

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 23 NY3d 10 (2014)].

Nader & Sons, LLC, et al., Respondents, v Dan Shavolian, Also Known as Danny Shavolian, Appellant, et al., Defendant.

Submitted May 12, 2014; decided June 12, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.